UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

Russell Allgire
    Defendant.

Case Number CR 11-00295 EJD

ORDER - CJA CONTRIBUTION(s) DUE

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

IT IS HEREBY ORDERED THAT:

[✓] THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $500 PER MONTH, until the case is concluded or until further order of the Court, commencing:

    [ ] That certain date of _____ and the SAME DAY each month thereafter;

    [✓] The first day of July 1, 2012 and the FIRST DAY of each month thereafter;

    [ ] MAIL TO: Clerk, U. S. District Court
                       280 South First Street, Room 2112
                       San Jose, CA. 95113-3095

Please indicate that this is a CJA payment and include the case number shown above.

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____ DUE BY:

    [ ] That certain date of _____;

    [ ] MAIL TO: Clerk, U. S. District Court
                       280 South First Street, Room 2112
                       San Jose, CA. 95113-3095

Please indicate that this is a CJA Payment and include the case number shown above.

FILED
JUN 22 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DATED: 6/22/12

Howard R. Lloyd, U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72