UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:11-cr-0295 |
| v. | **ORDER GRANTING REQUEST FOR SUBSTITUTION OF COUNSEL** |
| RUSSEL ALLGIRE, | **(Re: Docket No. 85)** |
| Defendant. | |

After hearing from Defendant Russell Allgire ("Allgire") and current defense counsel Mr. Thomas Ferrito at two separate hearings spanning more than a month,[1] this court is satisfied that there is good cause to appoint new counsel for Allgire in the interests of justice.[2] It is clear to the court that the relationship between attorney and client is "clouded by an atmosphere of mistrust, misgivings and irreconcilable differences resulting [in] . . . a breakdown of the attorney-client relationship," such that the appointment of new counsel is appropriate.[3]

---

[1] *See* Docket Nos. 87, 93.

[2] *See* 18 U.S.C. § 3600A.

[3] *United States v. Moore*, 159 F.3d 1154, 1159 (9th Cir. 1998) (finding reversible error in the district court's denial of request for new counsel).

1

Case No.: 5:11-cr-0295 PSG
ORDER GRANTING REQUEST FOR SUBSTITUTION OF COUNSEL

This determination does not reflect any assignment of blame or responsibility for the breakdown of the relationship. The court does not make any findings of wrongdoing by any party. The relationship is simply no longer functional

**IT IS SO ORDERED.**

Dated: November 8, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge